IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ALFONSO CRUZ                                                                                              PLAINTIFF

v.                                        Case No. 5:16-CV-05229

JUDGE MARK LINDSAY,
PROSECUTOR MATT DURRETT,
PROSECUTOR SHANE KERR,
PUBLIC DEFENDER DANIEL R. FIELD, and
PROBATION OFFICER MORRIS                                                                    DEFENDANTS

**O R D E R**

Currently before the Court are the findings and recommendations (Doc. 6) of the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. Also before the Court are Plaintiff's objection (Doc. 8). Upon due consideration, the Court finds that Plaintiff's objections offer neither law nor fact requiring departure from the Magistrate's findings and recommendations and that the Magistrate's report does not otherwise contain any clear error.

The Magistrate's report (Doc. 6) is therefore ADOPTED IN ITS ENTIRETY. Accordingly, for the reasons set forth in the report, IT IS ORDERED that Plaintiff's claims are DISMISSED WITH PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this 20th day of December, 2016A

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE